UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CASE NO.:

BRIAN O. ECKWOOD, an individual,

        Plaintiff,

v.

MONOSOL, LLC,

        Defendant.

_____/

## **<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Defendant, MONOSOL, LLC ("MonoSol"), an Indiana corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby removes this action currently pending in the Boone Superior Court, Indiana to the United States District Court for the Southern District of Indiana. The removal of this action is based upon the following:

1.      On or about August 16, 2023, Plaintiff Brian O. Eckwood ("Plaintiff") filed his Complaint in the Boone Superior Court, Case No. 06D01-2308-CT-001111 (hereinafter referred to as the "State Action"). A true and correct copy of all documents that were filed in the State Action are attached hereto as Exhibit "A," and are incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure. No other process, pleadings or orders have been served upon MonoSol in this action.

2.      On or about August 21, 2023, a copy of the Complaint in the State Action was served on MonoSol. This constituted the first legal notice of the State Action for purposes of removal.

3.      The Complaint seeks damages pursuant to the Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000 *et. seq.* and 42 U.S.C. § 1981 ("Section 1981"). <u>See</u> Compl. at ¶ 2.

4.      This is a civil action over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331, because this action arises under Title VII and Section 1981, a law of the United States.

5.      Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law." <u>See</u> 28 U.S.C. § 1331.  Any civil case filed in a state court may be removed by a defendant to a "district court of the United States for the district and division embracing the place where such action is pending." <u>See</u> 28 U.S.C. § 1441(a).

6.      Accordingly, for the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7.      This Notice of Removal has been timely filed within thirty (30) days after receipt by MonoSol of the initial pleading setting forth the claim for relief upon which removal is based. <u>See</u> 28 U.S.C. § 1446(b).

8.      MonoSol has simultaneously with the filing of this Notice, given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d).

9.      A copy of this Notice has simultaneously been filed with the Clerk of Boone Superior Court, as required by 28 U.S.C. § 1446(d).

10.     For removal purposes only, venue is proper in the Southern District of Indiana in that the State Action is pending within the jurisdictional confines of this District. However, MonoSol will file a Motion to Transfer this Action to the Northern District of Indiana, Hammond

on the basis of *forum nonconveniens* as codified in 28 U.S.C. § 1404. Specifically, the alleged events giving rise to Plaintiff's claims against MonoSol occurred in Portage, Indiana, Porter County. <u>See</u> Compl. at ¶ 2.

**WHEREFORE**, MonoSol hereby removes this case to the United States District Court for the Southern District of Indiana.

Dated: September 6, 2023

Respectfully submitted,

*/s/ Thomas B. Fullerton*
Thomas B. Fullerton (28958-45)
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
thomas.fullerton@akerman.com
*Attorney for Defendant MonoSol, LLC*

72477037;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using its CM/ECF system which will serve an electronic copy on all counsel of record:

**MYERS SMITH WALLACE, LLP**
Christopher C. Myers
Ilene M. Smith
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712

*Attorney for Plaintiff*

72477037;1